IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **American Bird Conservancy**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Dan Brouillette**, et al., <br><br> Defendants. | Case No. 1:19-cv-03694-TJK <br><br> **Unopposed Motion for Leave to Digitally Certify Administrative Records** |

Federal Defendants move for leave to certify the Department of Energy and the Army Corps of Engineers administrative records using digital (rather than hand) signatures. We have conferred with Plaintiffs' counsel on the requested relief; Plaintiffs do not oppose. Good cause exists for granting the motion:

1.   Under Local Civil Rule 7(n)(1) and the Court's Scheduling Order, the Department of Energy and Army Corps of Engineers are to certify their respective administrative record no later than April 27, 2020. *See* Mar. 23, 2020, Minute Order.

2.   Under normal practice, each agency's certifying official would hand-sign a declaration attesting to the administrative record's contents.

1

That declaration would then be scanned, filed electronically on the Court's CM/ECF system, and counsel would maintain the original signature on file consistent with Local Civil 5.4(b)(5).

3. Given social distancing recommendations and requirements associated with the COVID-19 outbreak, each agency's certifying official is teleworking. Each lacks the equipment to scan the signed original of the certifying declaration.

4. Thus, in place of filing a scanned, hand-signed declaration, Federal Defendants seek leave for each certifying official to digitally sign their declaration. This would be done using an Adobe Acrobat certificate signature, which will allow the declarant to digitally sign in a manner that confirms the declarant's identity and provides proof that the document has not been altered since signature. *See* About certificate signatures in Adobe Acrobat, https://helpx.adobe.com/acrobat/kb/certificate-signatures.html.

5. Digital signature will enable the parties to maintain the current case management schedule and still provide the necessary attestation to the Court as to the contents of the administrative record that will be subject to judicial review.

Based upon the above, Federal Defendants respectfully request that their motion for leave be granted.

Date: April 13, 2020

                                    PRERAK SHAH
                                    Deputy Assistant Attorney General

                                    *Kristofor R. Swanson*
                                    KRISTOFOR R. SWANSON
                                    (Colo. Bar No. 39378)
                                    Senior Attorney
                                    Natural Resources Section
                                    Envt. & Natural Resources Div.
                                    U.S. Department of Justice
                                    P.O. Box 7611
                                    Washington, DC 20044-7611
                                    Tel: (202) 305-0248
                                    Fax: (202) 305-0506
                                    kristofor.swanson@usdoj.gov

                                    *s/ Caitlin McCusker*
                                    CAITLIN MCCUSKER
                                    Environmental Defense Section
                                    Envt. & Natural Resources Div.
                                    U.S. Department of Justice
                                    P.O. Box 7611
                                    Washington, DC 20044-7611
                                    Tel: (202) 514-1950
                                    caitlin.mccusker@usdoj.gov