IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **American Bird Conservancy**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Dan Brouillette**, et al., <br><br> Defendants. | Case No. 1:19-cv-03694-TJK <br><br> **Notice of Administrative Record Certification** |

Federal Defendants hereby notice the Department of Energy's and U.S. Army Corps of Engineers' certification of their respective administrative records. We attach each agency's certifying declaration and index. Federal Defendants' counsel produced both administrative records to Plaintiffs' counsel electronically on April 22, 2020. Plaintiffs' counsel confirmed receipt that same day.

Date: April 23, 2020

                                         PRERAK SHAH
                                         Deputy Assistant Attorney General

                                         *s/ Kristofor R. Swanson*
                                         KRISTOFOR R. SWANSON
                                         (Colo. Bar No. 39378)
                                         Senior Attorney

Natural Resources Section
Envt. & Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0248
Fax: (202) 305-0506
kristofor.swanson@usdoj.gov

*   s/ Caitlin McCusker    *
CAITLIN MCCUSKER
Environmental Defense Section
Envt. & Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 514-1950
caitlin.mccusker@usdoj.gov