IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **American Bird Conservancy**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Dan Brouillette**, et al., <br><br> Defendants. | Case No. 1:19-cv-03694-TJK <br><br> **Notice of Budget Period Extension** |

In support of their cross-motion for summary judgment, Federal Defendants have argued that Plaintiffs' National Environmental Policy Act claim is not ripe. *See* Fed. Defs.' Mem. 10–15, ECF No. 23-1; Fed. Defs.' Reply 1–6, ECF No. 27. At the time of Federal Defendants' reply brief, LEEDCo—the recipient of the cooperative agreement for Project Icebreaker—remained in Budget Period 2 of the funding agreement. *See* Fed. Defs.' Reply at 3. Budget Period 2 had been scheduled to end on December 31, 2021. *See* 2d Decl. of Michael Derby ¶ 4, ECF No. 27-1. Federal Defendants notify the Court and Plaintiffs that, on December 15, the Department of

Energy approved a further extension of Budget Period 2, which is now scheduled to end on December 31, 2022. *See* 3d Decl. of Michael Derby ¶ 4 (attached to this notice).

January 4, 2022

                              TODD KIM
                              Assistant Attorney General

                               *s/ Kristofor R. Swanson*
                              KRISTOFOR R. SWANSON
                              (Colo. Bar No. 39378)
                              Senior Attorney
                              Natural Resources Section
                              Envt. & Natural Resources Div.
                              U.S. Department of Justice
                              P.O. Box 7611
                              Washington, DC 20044-7611
                              Tel: (202) 305-0248
                              Fax: (202) 305-0506
                              kristofor.swanson@usdoj.gov

                              CAITLIN MCCUSKER
                              Environmental Defense Section
                              Envt. & Natural Resources Div.
                              U.S. Department of Justice
                              P.O. Box 7611
                              Washington, DC 20044-7611
                              Tel: (202) 514-1950
                              caitlin.mccusker@usdoj.gov