UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BIRD CONSERVANCY et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JENNIFER GRANHOLM et al., <br><br> *Defendants*. | Civil Action No. 19-3694 (TJK) |

### ORDER

For the reasons set forth in the Court's accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiffs' Motion for Summary Judgment, ECF No. 11, is **DENIED** and Defendants' Cross-Motion for Summary Judgment, ECF No. 23, is **GRANTED** in part. It is further **ORDERED** that Claim 1 is **DISMISSED** for lack of standing. It is further ORDERED that Judgment is **ENTERED** in favor of Defendants on Claim 2. This is a final, appealable order. The Clerk of Court is directed to close the case.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: September 26, 2023